

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSIDERATION DISTRICT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The briefs of appellants Texas Commission on Environmental Quality and Post Oak Clean Green, Inc. were originally due on April 14, 2021. Appellants' first motion for extension of time was granted, extending the deadline for filing the briefs until May 19, 2021. On May 14, 2021, Texas Commission on Environmental Quality filed a motion requesting an additional extension of time to file both appellants' briefs until June 2, 2021, for a total extension of forty-nine days. After consideration, we **GRANT** the motion and **ORDER** appellants Texas Commission on Environmental Quality and Post Oak Clean Green, Inc. to file their briefs **by June 2, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2021.



Michael A. Cruz,
Clerk of Court